FILED
NOV 09 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OMAR VERGARA-SEVILLA,<br><br>　　　　　　Defendant. | Criminal No. 07CR2029-GT<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

　　Joint motion to continue the sentencing hearing having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

　　**IT IS HEREBY ORDERED** that the sentencing hearing in Criminal Case No. 07CR2029-GT is continued from November 6, 2007 at 9:00 a.m. until December 7, 2007 at 9:00 a.m.

　　IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act.

　　**SO ORDERED.**

Dated: 11-8-07

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HONORABLE GORDON THOMPSON JR**
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE